# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| HENRY J. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 03-0490-WS-M |
| | ) |
| McCLAIN EZ PACK OF ALABAMA, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Court's order of May 31, 2005, the plaintiff shall have and recover from the defendant McClain EZ Pack of Alabama, Inc. the sum of $225,000.00. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff Henry J. Allen and against defendant McClain EZ Pack of Alabama, Inc.

DONE this 31st day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE